EIGHTEENTH STREET REALTY CORPORATION, Appellant, v. MAXTHAN REALTY Co., INC., Respondent.— Motion for reargument granted and upon reargument judgment reversed upon the law, with costs, and judgment directed for plaintiff, with costs, upon the ground that paragraphs 4 and 5 of the lease should be read together. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. BURKE BUILDING COMPANY and Others, Defendants. INTERBORO ASSOCIATES, INC., Appellant; LESTER V. ALLERS, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JOHN ORRICO, Appellant, v. GEORGE WASHINGTON HERZFELD and Others, Defendants. FRITZ NEUBURGER, Individually, and FRITZ NEUBURGER and Others, as Executors, etc., of CHARLES L. HALLGARTEN, Deceased, Respondents.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK LEWIS BOULWARE, Appellant, v. WILLIAM C. MARTENS and " JEAN " MARTENS, First Name Being Fictitious, Respondents.— Motion for stay granted, with leave to relator to move to vacate if appeal be not prosecuted with reasonable speed. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL HUNT, Relator, and ELINOR H. DIEDERICH, Intervenor, Appellants, v. C. JONATHAN SLOCUM and Others, Committee of the Alleged Incompetent, and ALBERT H. F. SEEGER, Special Guardian, Respondents.— Motion for stay granted upon condition that the appellants perfect the appeal for Monday, June first (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

CORNELIUS T. WILLEMEN and CARL VOELKER, Copartners, Doing Business under the Firm Name and Style of WILLEMEN & VOELKER, Respondents, v. BURKE BUILDING Co., INC., and HENRY G. MARTIN, Defendants; LESTER V. ALLERS, Respondent, and INTERBORO ASSOCIATES, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JENNIE BANG, Respondent, v. LEIGH H. JOHNS, Appellant.— Order denying motion to dismiss complaint for want of prosecution and restoring case to calendar affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.